|   |   |
|---|---|
| UNITED STATES DISTRICT COURT | |
| DISTRICT OF NEVADA | |
| TERRY R. COCHRANE, | Case No. 2:20-cv-00208-KJD-BNW |
| Plaintiff, | **ORDER** |
| v. | |
| NEVADA DEPARTMENT, *et al.*, | |
| Defendants. | |

**I. DISCUSSION**

This action is a *pro se* civil rights complaint filed pursuant to 42 U.S.C. § 1983 by an individual who has now been released from the custody of the Nevada Department of Corrections. On January 30, 2020, Plaintiff submitted an application to proceed *in forma pauperis* for prisoners. (ECF No. 1). On February 5, 2020, this Court denied Plaintiff's application as incomplete and directed Plaintiff to file a fully complete application to proceed *in forma pauperis* or pay the full $400 filing fee within forty-five days from the date of the order. (ECF No. 3). On March 11, 2020, Plaintiff submitted a motion for extension of time for non-inmate *in forma pauperis* application and a notice of change of address advising the Court that Plaintiff has been released to a local halfway house. (ECF Nos. 6, 7). As such, the Court now directs Plaintiff to file an application to proceed *in forma pauperis* by a non-prisoner within sixty (60) days from the date of this order or pay the full filing fee of $400. The Court will retain Plaintiff's civil rights complaint (ECF No. 1-1) but will not file it until the matter of the payment of the filing fee is resolved.

**II. CONCLUSION**

For the foregoing reasons, IT IS ORDERED that Plaintiff's motion for extension of time (ECF No. 6) is granted.

IT IS FURTHER ORDERED that the Clerk of the Court SHALL SEND Plaintiff the approved form application to proceed *in forma pauperis* by a non-prisoner, as well as the document entitled information and instructions for filing an *in forma pauperis* application.

IT IS FURTHER ORDERED that within sixty (60) days from the date of this order, Plaintiff shall either: (1) file a fully complete application to proceed *in forma pauperis* for non-prisoners; or (2) pay the full filing fee of $400.

IT IS FURTHER ORDERED that if Plaintiff does not timely comply with this order, dismissal of this action may result.

IT IS FURTHER ORDERED that the Clerk of the Court shall retain the complaint (ECF No. 1-1) but shall not file it at this time.

DATED: March 17, 2020

_____
UNITED STATES MAGISTRATE JUDGE