# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TERRY R. COCHRANE, ) <br> ) <br> Plaintiff, ) <br> vs. ) <br> ) <br> NEVADA DEPARTMENT OF ) <br> CORRECTIONS, *et al.*, ) <br> ) <br> Defendants. ) | Case No.: 2:20-cv-00208-GMN-BNW <br><br> **ORDER** |

Pending before the Court are pro se Plaintiff Terry Cochrane's ("Plaintiff") Motion for Reconsideration, (ECF No. 17), and Motion Requesting Court Ruling, (ECF No. 21).

Plaintiff's Motions are premised on Plaintiff's contention that he is being denied medical treatment while in the custody of Defendants that may or could cause death. However, Plaintiff has been released from custody. (*See* Pl.'s Notice of Change of Address, ECF No. 26). The legal principles applicable to requests for injunctive relief, such as a temporary restraining order, are well established. To prevail, a plaintiff must show that irreparable injury is likely in the absence of an injunction. *See Stormans, Inc. v. Selecky*, 586 F.3d 1109, 1127 (9th Cir. 2009) (citing *Winter v. Natural Res. Def. Council, Inc.*, 129 S.Ct. 365 (2008)). Under *Winter*, the proper test requires a party to demonstrate: (1) he is likely to succeed on the merits; (2) he is likely to suffer irreparable harm in the absence of an injunction; (3) the balance of hardships tips in his favor; and (4) an injunction is in the public interest. *See Stormans*, 586 F.3d at 1127 (citing *Winter*, 129 S.Ct. at 374).

However, a prisoner's release from custody generally renders moot claims for injunctive relief because "the released inmate is no longer subject to the prison conditions or policies he challenges." *Alvarez v. Hill*, 667 F.3d 1061, 1064 (9th Cir. 2011) (citations omitted); *Hartmann*

*v. Cal. Dept. of Corr. & Rehab.*, 707 F.3d 1114, 1119 n.1 (9th Cir. 2013).  Therefore, Plaintiff's Motions became moot upon his release from custody and must be **DENIED**.

Also pending before the Court is Plaintiff's non-prisoner Application for Leave to Proceed in Forma Pauperis, (ECF No. 9).  Based on the financial information provided therein, the Court **GRANTS** Plaintiff leave to proceed without prepayment of fees or costs pursuant to 28 U.S.C. § 1915(a)(1).

## I. CONCLUSION

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Reconsideration, (ECF No. 17), and Motion Requesting Court Ruling, (ECF No. 21), are **DENIED as moot**.

**IT IS FURTHER ORDERED** that Plaintiff's Application for Leave to Proceed in Forma Pauperis, (ECF No. 9), is **GRANTED**.

**DATED** this __16__ day of October, 2020.

_____
Gloria M. Navarro, District Judge
United States District Court