# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| TERRY R. COCHRANE,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>NEVADA DEPARTMENT OF CORRECTIONS, *et al.*<br><br>　　　　　　　　　　Defendant(s). | Case No. 2:20-cv-00208-GMN-BNW<br><br>**ORDER** |

On October 6, 2020, Plaintiff Terry R. Cochrane informed the court that he is no longer incarcerated and provided his new address. ECF No. 26. The notice did not include Plaintiff's email address, telephone number, or facsimile number.

Under LR IA 3-1, an attorney or pro se party must immediately file with the court written notification of any change of mailing address, email address, telephone number, or facsimile number. The notification must include proof of service on each opposing party or the party's attorney. Failure to comply with this rule may result in the dismissal of the action, entry of default judgment, or other sanctions as deemed appropriate by the court.

Accordingly,

IT IS HEREBY ORDERED that Plaintiff Terry C. Cochrane must file with the court a written notification of his new mailing address, email address, telephone number, or facsimile number, on or before January 14, 2021.

DATED this 15th day of December 2020.

_____
BRENDA N. WEKSLER
UNITED STATES MAGISTRATE JUDGE